GREGORY L. MCCOY CSB #063399
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

KATRIN GIST
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: (206) 223-7000
Facsimile: 206-223-7107

Attorneys for Plaintiff
GENSTAR INVESTMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| GENSTAR INVESTMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FLIGHT OPTIONS, LLC, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No.: C10-03768 EDL<br><br>**[PROPOSED] ORDER** |

The Court having read and approved of the stipulation of the parties, it is hereby ordered that the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are extended for a period of ____ days. The revised Case Schedule - ADR Multi-Option Program shall be as follows:

/ / /

/ / /

/ / /

Law Offices of
**GAGEN, MCCOY, MCMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

- 1 -
[PROPOSED] ORDER

F:\CLGLM\50690\Pleadings\Order.doc

| Date | Event | Governing Rule |
|---|---|---|
| March 8, 2011 | *Last day to:<br>· meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | · file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civ L.R. 16-8(b) & ADR L.R.3-5(b) |
| | · file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand/uscourts.gov) | Civil L.R. 16-8(c) & ADR L.R.3-5(b) & (c) |
| March 22, 2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil L.R. 16-19 |
| March 29, 2011 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM | Civil L.R. 16-10 |

IT IS SO ORDERED:

Dated: October 18, 2010

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Law Offices of
**GAGEN, MCCOY, MCMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

- 2 -
[PROPOSED] ORDER
F:\CLGLM\50690\Pleadings\Order.doc